# U.S. Bankruptcy Court
# Southern District of Texas (Houston)
# Adversary Proceeding #: 25-03025

*Assigned to:* Bankruptcy Judge Marvin Isgur
*Lead BK Case:* 24-90377
*Lead BK Title:* Zachry Holdings, Inc. and Statutory Unsecured Claimholders' Committee**DO NOT DOCKET. FILE IN LEAD CASE NO. 24-90391.**
*Lead BK Chapter:* 11
*Demand:*

*Date Filed:* 02/05/25

*Nature[s] of Suit:* 91 Declaratory judgment

*Plaintiff*
-----------------------
**Zachry Holdings, Inc.**
527 Logwood Avenue
San Antonio, TX 78221
Tax ID / EIN: 26-1256814

represented by **David Ryan Cordell, Jr**
Hicks Thomas LLP
700 Louisiana Street
Ste. 2300
Houston, TX 77002
713-547-9130
Email: rcordell@hicks-thomas.com

**Charles R. Koster**
White & Case
609 Main Street, Suite 2900
Houston, TX 77002
832-786-6118
Email: ckoster@whitecase.com

**John B Thomas**
Hicks Thomas LLP
700 Louisiana
Suite 2300
Houston, TX 77002
713-547-9106
Fax : 713-547-9150
Email: jthomas@hicks-thomas.com

V.

*Defendant*
-----------------------
**Omaha Public Power District**
444 South 16th Street Mall
Omaha, NE 68102-2247

represented by **Thomas C Scannell, Jr**
Foley & Lardner LLP
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201
214-999-4289
Fax : 214-999-3289

Email: tscannell@foley.com

**Robert T. Slovak**
Gardere Wynne et al
2021 McKinney Avenue
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201-4761
214-999-4668
Fax : 214-999-3334
Email: rslovak@foley.com

**Jonathan Michael Thomas**
Foley & Lardner LLP
2021 McKinney Avenue
Ste 1600
Dallas, TX 75201
214-999-4734
Email: jmthomas@foley.com

**Zachary Carl Zahn**
Foley & Lardner LLP
2021 McKinney Ave.
Ste. 1600
Dallas, TX 75201
214-999-3277
Email: zzahn@foley.com

| Filing Date | # | Docket Text |
|---|---|---|
| 02/05/2025 | 1<br>(23 pgs) | Adversary case 25-03025. Nature of Suit: (91 (Declaratory judgment)) Complaint / *The Debtors' Adversary Complaint for Declaratory Relief* by Zachry Holdings, Inc. against Omaha Public Power District. Fee Amount $350 (Koster, Charles) (Entered: 02/05/2025) |
| 02/05/2025 | | Receipt of Complaint( 25-03025) [cmp,cmp] ( 350.00) Filing Fee. Receipt number A25901626. Fee amount $ 350.00. (U.S. Treasury) (Entered: 02/05/2025) |
| 02/05/2025 | 2<br>(3 pgs) | Request for Issuance of Summons on Omaha Public Power District. (Filed By Zachry Holdings, Inc. ). (Koster, Charles) (Entered: 02/05/2025) |
| 02/06/2025 | 3<br>(3 pgs) | Summons Issued on Omaha Public Power District Date Issued 2/6/2025. (gg2) (Entered: 02/06/2025) |
| 02/11/2025 | 4<br>(6 pgs) | Certificate *of Service re: 1) The Debtors Adversary Complaint for Declaratory Relief; 2) Request for Issuance of Summons on Omaha Public Power District; and 3) Summons in an Adversary Proceeding* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ).(Related |

| | | |
|---|---|---|
| | | document(s):1 Complaint, 2 Summons - Request for Issuance, 3 Summons Issued) (Gershbein, Evan) (Entered: 02/11/2025) |
| 02/18/2025 | 5<br>(2 pgs) | Order for Conference Pre-Trial Conference set for 4/14/2025 at 10:00 AM at Houston, Courtroom 404 (MI). (SierraThomasAnderson) (Entered: 02/18/2025) |
| 02/19/2025 | 6<br>(6 pgs) | Certificate *of Service re: Order Setting Rule 7016 Conference, Requiring Rule 7026 Meeting, Establishing Procedures for Discovery Disputes, and Emphasizing Applicability of Certain Federal Rules of Civil Procedure as Made Applicable by the Federal Rules of Bankruptcy Procedure* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ).(Related document(s):5 Order for Conference) (Gershbein, Evan) (Entered: 02/19/2025) |
| 02/20/2025 | 7<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):5 Order for Conference) No. of Notices: 1. Notice Date 02/20/2025. (Admin.) (Entered: 02/20/2025) |
| 03/21/2025 | 8<br>(3 pgs) | Notice *of Appearance and Request for Service of Papers*. Filed by Omaha Public Power District (Thomas, Jonathan) (Entered: 03/21/2025) |
| 03/21/2025 | 9<br>(3 pgs) | Notice *of Appearance and Request for Service of Papers*. Filed by Omaha Public Power District (Scannell, Thomas) (Entered: 03/21/2025) |
| 03/21/2025 | 10<br>(3 pgs) | Notice *of Appearance and Request for Service of Papers*. Filed by Omaha Public Power District (Zahn, Zachary) (Entered: 03/21/2025) |
| 03/21/2025 | 11<br>(20 pgs; 2 docs) | Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 21 days. Filed by Omaha Public Power District (Attachments: # 1 Proposed Order) (Scannell, Thomas) (Entered: 03/21/2025) |
| 03/21/2025 | 12<br>(25 pgs; 2 docs) | Motion for Withdrawal of Reference. Objections/Request for Hearing Due in 21 days. Fee Amount: $ 181. Filed by Omaha Public Power District (Attachments: # 1 Proposed Order) (Scannell, Thomas) (Entered: 03/21/2025) |
| 03/21/2025 | 13<br>(20 pgs; 2 docs) | Motion to Transfer Adversary To Another District. Objections/Request for Hearing Due in 21 days. Filed by Omaha Public Power District (Attachments: # 1 Proposed Order) (Scannell, Thomas) (Entered: 03/21/2025) |

| | | |
|---|---|---|
| 03/21/2025 | | Receipt of Motion for Withdrawal of Reference( 25-03025) [motion,mwdrefad] ( 181.00) Filing Fee. Receipt number A26013328. Fee amount $ 181.00. (U.S. Treasury) (Entered: 03/21/2025) |
| 03/26/2025 | 17 (2 pgs) | Executed Subpoena as to Wartsila North America, Inc. by Zachry Holdings, Inc. . (dah4) (Entered: 04/04/2025) |
| 03/27/2025 | 14 (8 pgs) | Stipulation By Omaha Public Power District, Zachry Holdings, Inc. and. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Omaha Public Power District, Zachry Holdings, Inc. ). (Koster, Charles) (Entered: 03/27/2025) |
| 04/02/2025 | 15 (3 pgs) | Notice *of Appearance - John Thomas*. Filed by Zachry Holdings, Inc. (Thomas, John) (Entered: 04/02/2025) |
| 04/02/2025 | 16 (3 pgs) | Notice *of Appearance - Ryan Cordell*. Filed by Zachry Holdings, Inc. (Cordell, David) (Entered: 04/02/2025) |
| 04/03/2025 | 18 (2 pgs) | Subpoena Service Executed as to Siemens Energy, Inc. by Zachry Holdings, Inc. . (dah4) (Entered: 04/04/2025) |
| 04/07/2025 | 19 (11 pgs) | Joint Discovery Plan/Case Management Plan (Filed By Omaha Public Power District, Zachry Holdings, Inc. ). (Koster, Charles) (Entered: 04/07/2025) |
| 04/08/2025 | 20 (3 pgs) | Certificate *of Interested Parties and Corporate Disclosure Statement* (Filed By Omaha Public Power District ). (Scannell, Thomas) (Entered: 04/08/2025) |
| 04/11/2025 | 21 (5 pgs) | Agenda for Hearing on 4/14/2025 (Filed By Zachry Holdings, Inc. ). (Koster, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 22 (50 pgs) | First Amended Complaint (Related document(s):1 Complaint) (Koster, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 23 (8 pgs) | Objection / *The Reorganized Debtors' Memorandum of Law in Opposition to Defendant's Motion to Dismiss* (related document(s):11 Motion to Dismiss Adversary Proceeding). Filed by Zachry Holdings, Inc. (Koster, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 24 (39 pgs) | Objection / *Zachry's Omnibus Objection to Omaha Public Power District's (I) Motion to Withdraw Reference and (II) Motion to Transfer Venue* (related document(s):12 Motion for Withdrawal of Reference, 13 Motion to Transfer Adversary Case). Filed by Zachry Holdings, Inc. (Koster, Charles) (Entered: 04/11/2025) |

| | | |
|---|---|---|
| 04/11/2025 | [25](#) (6 pgs) | Certificate *of Service re: Reorganized Debtors Agenda of Matters Set for Hearing on April 14, 2025 at 10:00 a.m. (Prevailing Central Time)* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ).(Related document(s):[21](#) Agenda) (Gershbein, Evan) (Entered: 04/11/2025) |
| 04/11/2025 | [26](#) (6 pgs) | Certificate *of Service re: 1) The Reorganized Debtors First Amended Adversary Complaint; 2) The Reorganized Debtors Memorandum of Law in Opposition to Defendants Motion to Dismiss; and 3) Zachrys Omnibus Objection to Omaha Public Power Districts (I) Motion to Withdraw the Reference and (II) Motion to Transfer Venue* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ).(Related document(s):[22](#) Amended Complaint, [23](#) Objection, [24](#) Objection) (Gershbein, Evan) (Entered: 04/11/2025) |
| 04/14/2025 | [27](#) (1 pg) | Courtroom Minutes. Time Hearing Held: 10:04 AM-10:25 AM. Cases 4:24-bk-90377 and 4:25-ap-3025 called concurrently. Appearances: see attachement. Additional appearances: Jason N. Zakia for the Debtor. Tom Scannell for Omaha Public Power District. Status conference held. By docket entry, in adversary proceeding 4:25-ap-3025, [5](#) [11](#), [12](#) and a to be filed motion for summary judgment by Zachary on June 2, 2025 at 9:00 AM. The motion for summary judgement is due not later than April 28, 2025 at 5:00pm; responses are due by May 19, 2025 at 5:00 pm; any response to the answer is due by May 28, 2025 by 5:00 pm. Discovery is not yet open & disclosures must be made in accordance with the rules; parties may participate in discovery by consent. (Related document(s):[5](#) Order for Conference, [11](#) Motion to Dismiss Adversary Proceeding, [12](#) Motion for Withdrawal of Reference) **Hearing scheduled for 6/2/2025 at 09:00 AM at Houston, Courtroom 404 (MI).** (acj4) (Entered: 04/14/2025) |
| 04/14/2025 | [28](#) (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Omaha Public Power District/Thomas C. Scannell. This is to order a transcript of Rule 7026 Status Conference - April 14, 2025 before Judge Marvin P. Isgur. Court Reporter/Transcriber: Judicial Transcribers of Texas (Filed By Omaha Public Power District ). (Scannell, Thomas) Requested transcription company is unable to accept the request. Electronically forwarded to GLR Transcribing Services on 4/15/2025. Estimated completion date: 4/16/2025. Modified on 4/15/2025 (anc4). (Entered: 04/14/2025) |
| 04/14/2025 | [29](#) (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Charles R. Koster. This is to order a transcript of the April 14, 2025 Status Conference before Judge Marvin P. Isgur. Court Reporter/Transcriber: Judicial Transcribers of Texas (Filed By Zachry Holdings, Inc. ). (Koster, Charles)Copy |

| | | |
|---|---|---|
| | | request electronically forwarded to GLR Transcribing Services on 4/15/2025. Estimated completion date: 4/16/2025. Modified on 4/15/2025 (anc4). (Entered: 04/14/2025) |
| 04/17/2025 | 30 (6 pgs) | Certificate *of Service re: Joint Discovery/Case Management Plan Under Federal Rule of Civil Procedure 26(f)* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ). (Related document(s):19 Joint Discovery Plan/Case Management Plan (for Attorney)) (Gershbein, Evan) (Entered: 04/17/2025) |
| 04/18/2025 | 31 (18 pgs) | Statement */Defendant Omaha Public Power Districts Reply to Zachry's Omnibus Objection to Omaha Public Power District's (I) Motion to Withdraw Reference and (II) Motion to Transfer Venue* (Filed By Omaha Public Power District ). (Related document(s):24 Objection) (Scannell, Thomas) (Entered: 04/18/2025) |
| 04/21/2025 | 32 (8 pgs) | Order Mooting Stipulation, Signed on 4/21/2025 (Related document(s):14 Stipulation) (acj4) (Entered: 04/21/2025) |
| 04/23/2025 | 33 (10 pgs) | BNC Certificate of Mailing. (Related document(s):32 Generic Order) No. of Notices: 1. Notice Date 04/23/2025. (Admin.) (Entered: 04/23/2025) |
| 04/25/2025 | 34 (20 pgs; 2 docs) | Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 21 days. Filed by Omaha Public Power District (Attachments: # 1 Proposed Order) (Scannell, Thomas) (Entered: 04/25/2025) |
| 04/28/2025 | 35 (155 pgs; 9 docs) | Motion For Summary Judgment. Objections/Request for Hearing Due in 21 days. Filed by Zachry Holdings, Inc. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) (Thomas, John) (Entered: 04/28/2025) |
| 04/28/2025 | 36 (93 pgs) | Declaration re: *Motion for Partial Summary Judgment - Exhibit I* (Filed By Zachry Holdings, Inc. ).(Related document(s):35 Motion For Summary Judgment) (Thomas, John) (Entered: 04/28/2025) |
| 04/28/2025 | 37 (248 pgs; 10 docs) | Corrected Motion For Summary Judgment. Objections/Request for Hearing Due in 21 days. Filed by Zachry Holdings, Inc. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I) (Thomas, John) (Entered: 04/28/2025) |
| 04/30/2025 | 38 (6 pgs) | Certificate *of Service re: Order Mooting Stipulation* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global |

| | | |
|---|---|---|
| | | ).(Related document(s):32 Generic Order) (Gershbein, Evan) (Entered: 04/30/2025) |
| 04/30/2025 | | Hearing Set (Related document(s):37 Motion For Summary Judgment) Contacted by Jackie Marlowe. Movant to notice all interested parties and file a certificate of service with the court. **Hearing scheduled for 6/2/2025 at 09:00 AM at Houston, Courtroom 404 (MI).** (SierraThomasAnderson) (Entered: 04/30/2025) |
| 05/08/2025 | 39 (44 pgs; 4 docs) | Emergency Motion , Motion to Continue Hearing On (related document(s):37 Motion For Summary Judgment). Filed by Omaha Public Power District Hearing scheduled for 5/12/2025 at 02:30 PM at Houston, Courtroom 404 (MI). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order) (Scannell, Thomas) (Entered: 05/08/2025) |
| 05/12/2025 | 40 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Charles R. Koster. This is to order a transcript of the May 12, 2025 Hearing before Judge Marvin P. Isgur. Court Reporter/Transcriber: Access Transcripts (Filed By Zachry Holdings, Inc. ). (Koster, Charles) (Entered: 05/12/2025) |
| 05/12/2025 | 41 | Courtroom Minutes. Time Hearing Held: 2:28 PM-2:57 PM. Appearances: John Deese for the Debtor. Michael Thomas and Tom Scannell for OPPD. The Court heard oral argument. Motion 39 was denied for reasons stated on the record. (Related document(s):39 Emergency Motion (Adversary), Motion to Continue/Reschedule Hearing) (acj4) (Entered: 05/12/2025) |
| 05/12/2025 | 42 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Omaha Public Power District/Thomas C. Scannell. This is to order a transcript of May 12, 2025 Hearing before Judge Marvin P. Isgur. Court Reporter/Transcriber: Access Transcripts (Filed By Omaha Public Power District ). (Scannell, Thomas) Electronically forwarded to Access Transcripts on 5/13/2025. Estimated completion date: 5/14/2025. Modified on 5/13/2025 (jlm4). (Entered: 05/12/2025) |
| 05/16/2025 | 43 (21 pgs; 2 docs) | Transcript RE: Defendant Omaha Public Power District's Verified Emergency Motion for Continuance of the Reorganized Debtors' Motion for Partial Summary Judgment re: Liquidated Damages held on 5/12/25 before Judge Marvin Isgur. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 08/14/2025. (AccessTranscripts) (Entered: 05/16/2025) |

| | | |
|---|---|---|
| 05/16/2025 | 44 (33 pgs) | Objection / *Reorganized Debtors' Opposition to Defendant Omaha Public Power District's Motion and Supporting Brief to Dismiss First Amended Adversary Complaint* (related document(s):34 Motion to Dismiss Adversary Proceeding). Filed by Zachry Holdings, Inc. (Koster, Charles) (Entered: 05/16/2025) |
| 05/19/2025 | | Hearing Set On (Related document(s):34 Motion to Dismiss Adversary Proceeding) **Hearing scheduled for 6/2/2025 at 09:00 AM at Houston, Courtroom 404 (MI).** (acj4) (Entered: 05/19/2025) |
| 05/19/2025 | 45 (9 pgs; 2 docs) | Motion to Seal */Motion for Entry of an Order Authorizing Defendant Omaha Public Power District to File Under Seal Certain Information Related to Defendant Omaha Public Power Districts Response to the Reorganized Debtors Motion for Partial Summary Judgment re Liquidated Damages* Filed by Omaha Public Power District (Attachments: # 1 Proposed Order) (Scannell, Thomas) (Entered: 05/19/2025) |
| 05/19/2025 | 46 (63 pgs; 11 docs) | Response *to the Reorganized Debtors Motion for Partial Summary Judgment Re Liquidated Damages* (related document(s):35 Motion For Summary Judgment, 37 Motion For Summary Judgment). Filed by Omaha Public Power District (Attachments: # 1 Proposed Order # 2 Exhibit A - Filed Separately Under Seal # 3 Exhibit A-1 - Filed Separately Under Seal # 4 Exhibit A-2 - Filed Separately Under Seal # 5 Exhibit A-3 - Filed Separately Under Seal # 6 Exhibit A-4 - Filed Separately Under Seal # 7 Exhibit A-5 - Filed Separately Under Seal # 8 Exhibit A-6 - Filed Separately Under Seal # 9 Exhibit B - Filed Separately Under Seal # 10 Exhibit C - Filed Separately Under Seal) (Scannell, Thomas) (Entered: 05/19/2025) |
| 05/19/2025 | 47 (95 pgs; 5 docs) | Motion to Strike. Objections/Request for Hearing Due in 21 days (related document(s):35 Motion For Summary Judgment, 36 Declaration, 37 Motion For Summary Judgment). Filed by Defendant Omaha Public Power District (Attachments: # 1 Proposed Order # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3) (Scannell, Thomas) (Entered: 05/19/2025) |
| 05/19/2025 | 48 | Sealed Document *Exhibits to OPPD's Response [Docket No. 46]* (Filed By Omaha Public Power District ). (Attachments: # 1 Exhibit A-1 # 2 Exhibit A-2 # 3 Exhibit A-3 # 4 Exhibit A-4 # 5 Exhibit A-5 # 6 Exhibit A-6 # 7 Exhibit B # 8 Exhibit C) (Scannell, Thomas) (Entered: 05/19/2025) |
| 05/21/2025 | 49 (3 pgs) | BNC Certificate of Mailing. (Related document(s):43 Transcript) No. of Notices: 1. Notice Date 05/21/2025. (Admin.) (Entered: 05/21/2025) |

| Date | Doc # | Description |
|---|---|---|
| 05/22/2025 | 50 (3 pgs) | Notice *of Appearance and Request for Service of Papers*. Filed by Omaha Public Power District (Slovak, Robert) (Entered: 05/22/2025) |
| 05/23/2025 | 51 (10 pgs) | Statement *Defendant Omaha Public Power District's Reply to Zachry's Opposition to Motion to Dimiss* (Filed By Omaha Public Power District ).(Related document(s):34 Motion to Dismiss Adversary Proceeding, 44 Objection) (Zahn, Zachary) (Entered: 05/23/2025) |
| 05/27/2025 | | Hearing Set (Related document(s):13 Motion to Transfer Adversary Case, 45 Motion to Seal) Movant to notice all interested parties and file a certificate of service with the court. **Hearing scheduled for 6/2/2025 at 09:00 AM at Houston, Courtroom 404 (MI).** (SierraThomasAnderson) (Entered: 05/27/2025) |
| 05/27/2025 | 52 (6 pgs) | Certificate *of Service re: Reorganized Debtors Opposition to Defendant Omaha Public Power Districts Motion and Supporting Brief to Dismiss First Amended Adversary Complaint* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ).(Related document(s):44 Objection) (Gershbein, Evan) (Entered: 05/27/2025) |
| 05/28/2025 | 53 (43 pgs; 3 docs) | Reply *of Reorganized Debtors' ISO Motion for Partial Summary Judgment - Liquidated Damages* (related document(s):35 Motion For Summary Judgment). Filed by Zachry Holdings, Inc. (Attachments: # 1 Exhibit Exhibit J - Declaration of Fouts # 2 Exhibit Exhibit K - First Supplemental Declaration of Bodell) (Thomas, John) (Entered: 05/28/2025) |
| 05/29/2025 | 54 (178 pgs; 14 docs) | Exhibit List, Witness List (Filed By Omaha Public Power District ).(Related document(s):12 Motion for Withdrawal of Reference, 13 Motion to Transfer Adversary Case, 34 Motion to Dismiss Adversary Proceeding, 35 Motion For Summary Judgment, 45 Motion to Seal, 47 Motion to Strike) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 - Filed separately under seal # 6 Exhibit 6 - Filed separately under seal # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13) (Scannell, Thomas) (Entered: 05/29/2025) |
| 05/29/2025 | 55 | Sealed Document */Exhibits 5 and 6 to Docket No. 54* (Filed By Omaha Public Power District ). (Attachments: # 1 Exhibit 6) (Scannell, Thomas) (Entered: 05/29/2025) |
| 05/29/2025 | 56 (3 pgs) | Notice *of Hearing*. (Related document(s):12 Motion for Withdrawal of Reference, 13 Motion to Transfer Adversary Case, 34 Motion to Dismiss Adversary Proceeding, 37 Motion For Summary Judgment, 45 Motion to Seal) Filed by |

| | | |
|---|---|---|
| | | Omaha Public Power District (Scannell, Thomas) (Entered: 05/29/2025) |
| 05/30/2025 | [57](#) (1 pg) | Order Setting Status Conference, Signed on 5/30/2025 (Related document(s):[5](#) Order for Conference, [12](#) Motion for Withdrawal of Reference, [13](#) Motion to Transfer Adversary Case, [34](#) Motion to Dismiss Adversary Proceeding, [37](#) Motion For Summary Judgment, [45](#) Motion to Seal) **Status conference to be held on 6/2/2025 at 08:45 AM at telephone and video conference.** (tjl4) (Entered: 05/30/2025) |
| 06/01/2025 | [58](#) (3 pgs) | BNC Certificate of Mailing. (Related document(s):[57](#) Order Setting Hearing) No. of Notices: 1. Notice Date 06/01/2025. (Admin.) (Entered: 06/01/2025) |
| 06/02/2025 | 59 | Courtroom Minutes. Time Hearing Held: 8:45 AM to 8:55 AM. Appearances: Jason Zakia, Charles Koster, John Thomas, and Michael Thomas. Status Conference held. Judge Perez read his potential disqualification into the record. If parties agree Judge Perez should preside over the matters set before him, he will need 2 to 3 weeks to prepare for the hearing. This matter is continued to 6/2/2025 at 3:00 PM for parties to confer with their clients and each other regarding the potential conflict and if they would like to move forward. ERO: yes. (Related document(s):[5](#) Order for Conference, [12](#) Motion for Withdrawal of Reference, [13](#) Motion to Transfer Adversary Case, [34](#) Motion to Dismiss Adversary Proceeding, [37](#) Motion for Summary Judgment, [45](#) Motion to Seal) **Status conference to be held on 6/2/2025 at 03:00 PM at telephone and video conference.** (abh4) (Entered: 06/02/2025) |
| 06/02/2025 | 60 | Courtroom Minutes. Time Hearing Held: 3:00 PM to 3:07 PM. Appearances: Charles Koster for Zachry Holdings, Inc. and Tom Scannell for Omaha Public Power District. Status Conference held. Discussion regarding Judge Perez recusal held on the record. Omaha Public Power District makes an oral request for Judge Perez to recuse himself from the pending matters. Judge Perez recuses himself under 28 U.S.C. §455(a) and will confer with Judge Lopez. The Court will issue an order on this matter. ERO: yes. (Related document(s):[5](#) Order for Conference, [12](#) Motion for Withdrawal of Reference, [13](#) Motion to Transfer Adversary Case, [34](#) Motion to Dismiss Adversary Proceeding, [37](#) Motion For Summary Judgment, [45](#) Motion to Seal). (abh4) (Entered: 06/02/2025) |
| 06/02/2025 | [61](#) (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Charles R. Koster. This is to order a transcript of June 2, 2025 (a.m. and p.m.) Status Conference before Judge Alfredo R. Perez. Court Reporter/Transcriber: Access Transcripts (Filed By Zachry Holdings, Inc. ). (Koster, |

| | | |
|---|---|---|
| | | Charles) Electronically forwarded to Access transcripts, LLC on 06/04/2025. Estimated completion date: 06/05/2025. Modified on 6/4/2025 (amp4). (Entered: 06/02/2025) |
| 06/06/2025 | 62 (1 pg) | PDF with attached Audio File. Court Date & Time [ 6/2/2025 8:45:01 AM ]. File Size [ 4577 KB ]. Run Time [ 00:09:32 ]. (admin). (Entered: 06/06/2025) |
| 06/06/2025 | 63 (1 pg) | PDF with attached Audio File. Court Date & Time [ 6/2/2025 3:00:20 PM ]. File Size [ 3142 KB ]. Run Time [ 00:06:33 ]. (admin). (Entered: 06/06/2025) |
| 06/06/2025 | 64 (13 pgs; 2 docs) | Transcript RE: Status Conference held on 6/2/25 before Judge Alfredo R. Perez. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 09/4/2025. (AccessTranscripts) (Entered: 06/06/2025) |
| 06/10/2025 | 65 (1 pg) | Order Setting Hearing Signed on 6/10/2025 (Related document(s):12 Motion for Withdrawal of Reference, 13 Motion to Transfer Adversary Case, 34 Motion to Dismiss Adversary Proceeding, 37 Motion For Summary Judgment, 45 Motion to Seal, 47 Motion to Strike) **Hearing scheduled for 7/1/2025 at 09:00 AM at Houston, Courtroom 404 (MI).** (acj4) (Entered: 06/10/2025) |
| 06/11/2025 | 66 (3 pgs) | BNC Certificate of Mailing. (Related document(s):64 Transcript) No. of Notices: 1. Notice Date 06/11/2025. (Admin.) (Entered: 06/11/2025) |
| 06/12/2025 | 67 (3 pgs) | BNC Certificate of Mailing. (Related document(s):65 Order Setting Hearing) No. of Notices: 1. Notice Date 06/12/2025. (Admin.) (Entered: 06/12/2025) |
| 06/17/2025 | | Hearing Reset by Agreement (Related document(s):12 Motion for Withdrawal of Reference, 13 Motion to Transfer Adversary Case, 34 Motion to Dismiss Adversary Proceeding, 37 Motion For Summary Judgment, 45 Motion to Seal, 47 Motion to Strike) Parties contacted the Case Manager. **Hearing scheduled for 7/9/2025 at 04:00 PM at Houston, Courtroom 404 (MI).** (SierraThomasAnderson) (Entered: 06/17/2025) |
| 06/17/2025 | 68 (4 pgs) | Notice *of Hearing*. (Related document(s):12 Motion for Withdrawal of Reference, 13 Motion to Transfer Adversary Case, 34 Motion to Dismiss Adversary Proceeding, 37 Motion For Summary Judgment, 45 Motion to Seal, 47 Motion to Strike, 65 Order Setting Hearing, Hearing (Bk)) |

| | | |
|---|---|---|
| | | Filed by Zachry Holdings, Inc. (Koster, Charles) (Entered: 06/17/2025) |
| 06/25/2025 | 69 (6 pgs) | Certificate *of Service re: Notice of Hearing* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ). (Related document(s):68 Notice) (Gershbein, Evan) (Entered: 06/25/2025) |
| 07/07/2025 | 70 (178 pgs; 14 docs) | Exhibit List, Witness List (Filed By Omaha Public Power District ).(Related document(s):12 Motion for Withdrawal of Reference, 13 Motion to Transfer Adversary Case, 34 Motion to Dismiss Adversary Proceeding, 37 Motion For Summary Judgment, 45 Motion to Seal, 47 Motion to Strike) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13) (Scannell, Thomas) (Entered: 07/07/2025) |
| 07/07/2025 | 71 (536 pgs; 19 docs) | Witness List, Exhibit List (Filed By Zachry Holdings, Inc. ). (Related document(s):12 Motion for Withdrawal of Reference, 13 Motion to Transfer Adversary Case, 34 Motion to Dismiss Adversary Proceeding, 37 Motion For Summary Judgment, 45 Motion to Seal, 47 Motion to Strike) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18) (Koster, Charles) (Entered: 07/07/2025) |
| 07/08/2025 | 72 (7 pgs) | Agenda for Hearing on 7/9/2025 (Filed By Zachry Holdings, Inc. ). (Koster, Charles) (Entered: 07/08/2025) |
| 07/09/2025 | 73 | Courtroom Minutes. Time Hearing Held: 4:00 PM-5:21 PM. Appearances: Charles Koster, James Old & Jason N. Zakia for the Plaintiff. Thomas Scannell, Zachary Zahn, Robert T. Slovak & Stephen Bruckner for the Defendant. Exhibits admitted: 1 and 5. The Court heard oral argument. The Court implored both parties to meet about their disputed matters. The Court will take the transfer matter under advisement; the other matters will be taken up once the transfer matter is decided. The Court will not issue a decision prior to August 29, 2025. (Related document(s):12 Motion for Withdrawal of Reference, 13 Motion to Transfer Adversary Case, 34 Motion to Dismiss Adversary Proceeding, 37 Motion For Summary Judgment, 45 Motion to Seal, 47 Motion to Strike) (acj4) (Entered: 07/09/2025) |
| 07/10/2025 | 74 (6 pgs) | Certificate *of Service re: Plaintiffs' Witness and Exhibit List for Hearing Scheduled for July 9, 2025 at 4:00 p.m. (Prevailing Central Time)* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ).(Related |

| | | |
|---|---|---|
| | | document(s):71 Witness List, Exhibit List) (Gershbein, Evan) (Entered: 07/10/2025) |
| 07/10/2025 | 75 (6 pgs) | Certificate *of Service re Plaintiffs Agenda of Matters Set for Hearing on July 9, 2025 at 4:00 p.m. (Prevailing Central Time)* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ).(Related document(s):72 Agenda) (Gershbein, Evan) (Entered: 07/10/2025) |
| 07/10/2025 | 76 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Charles R. Koster. This is to order a transcript of the July 9, 2025 Hearing before Judge Marvin P. Isgur. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Zachry Holdings, Inc. ). (Koster, Charles) Electronically forwarded to Veritext Legal Solutions on 7/10/2025. Estimated completion date: 7/11/2025. Modified on 7/10/2025 (anc4). (Entered: 07/10/2025) |
| 07/10/2025 | 77 (5 pgs; 2 docs) | Notice *of Filing of July 9, 2025 Hearing Presentation*. Filed by Zachry Holdings, Inc. (Attachments: # 1 Exhibit A - July 9, 2025 Hearing Presentation) (Koster, Charles) (Entered: 07/10/2025) |
| 07/10/2025 | 78 (2 pgs) | AO 435 TRANSCRIPT ORDER FORM (3-Day) by Thomas Scannell. This is to order a transcript of July 9, 2025 before Judge Marvin P. Isgur. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Omaha Public Power District ). (Scannell, Thomas) Electronically forwarded copy to Veritext Legal Solutions on 7/15/2025. Estimated completion date: 7/18/2025. Modified on 7/15/2025 (jlm4). (Entered: 07/10/2025) |
| 07/10/2025 | 79 (18 pgs; 2 docs) | Notice *of Filing of July 9, 2025 Hearing Presentation*. Filed by Omaha Public Power District (Attachments: # 1 Exhibit A - July 9, 2025 Hearing Presentation) (Scannell, Thomas) (Entered: 07/10/2025) |
| 07/11/2025 | 80 (61 pgs; 2 docs) | Transcript RE: motion hearing held on 7/9/25 before Judge MARVIN ISGUR. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 10/9/2025. (VeritextLegalSolutions) (Entered: 07/11/2025) |
| 07/16/2025 | 81 (6 pgs) | Certificate *of Service re Notice of Filing of July 9, 2025 Hearing Presentation* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ).(Related document(s):77 Notice) (Gershbein, Evan) (Entered: 07/16/2025) |

| | | |
|---|---|---|
| 07/16/2025 | [82](#)<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):[80](#) Transcript) No. of Notices: 1. Notice Date 07/16/2025. (Admin.) (Entered: 07/16/2025) |
| 08/29/2025 | [83](#)<br>(5 pgs) | Stipulation By Omaha Public Power District, Zachry Holdings, Inc. and. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Omaha Public Power District, Zachry Holdings, Inc. ). (Koster, Charles) (Entered: 08/29/2025) |
| 09/02/2025 | [84](#)<br>(5 pgs) | Stipulation and Agreed Order, Signed on 9/2/2025 (Related document(s):[83](#) Stipulation) (acj4) (Entered: 09/02/2025) |
| 09/03/2025 | [85](#)<br>(6 pgs) | Certificate *of Service re Stipulation and [Proposed] Agreed Order* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ).(Related document(s):[83](#) Stipulation) (Gershbein, Evan) (Entered: 09/03/2025) |
| 09/04/2025 | [86](#)<br>(7 pgs) | BNC Certificate of Mailing. (Related document(s):[84](#) Generic Order) No. of Notices: 1. Notice Date 09/04/2025. (Admin.) (Entered: 09/04/2025) |
| 09/05/2025 | [87](#)<br>(6 pgs) | Certificate *of Service re Stipulation and Agreed Order* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ).(Related document(s):[84](#) Generic Order) (Gershbein, Evan) (Entered: 09/05/2025) |
| 10/20/2025 | [88](#)<br>(8 pgs; 2 docs) | Emergency Motion */ Plaintiffs' Emergency Motion for Status Conference* Filed by Zachry Holdings, Inc. (Attachments: # [1](#) Proposed Order) (Koster, Charles) (Entered: 10/20/2025) |
| 10/21/2025 | | Hearing Set by the Court (Related document(s):[88](#) Emergency Motion (Adversary)) Movant to notice all interested parties and file a certificate of service with the court. **Status conference to be held on 10/27/2025 at 04:30 PM at Houston, Courtroom 404 (MI).** (sta4) (Entered: 10/21/2025) |
| 10/21/2025 | [89](#)<br>(4 pgs) | Notice *of Status Conference Scheduled for October 27, 2025 at 4:30 P.M. (Prevailing Central Time)*. (Related document(s):[88](#) Emergency Motion (Adversary)) Filed by Zachry Holdings, Inc. (Koster, Charles) (Entered: 10/21/2025) |
| 10/21/2025 | [90](#)<br>(6 pgs) | Certificate *of Service re: 1) Plaintiffs Emergency Motion for Status Conference; and 2) Notice of Status Conference Scheduled for October 27, 2025 at 4:30 p.m. (Prevailing Central Time)* (Filed By Kurtzman Carson Consultants, LLC d/b/a Verita Global ).(Related document(s):[88](#) Emergency Motion (Adversary), [89](#) Notice) (Gershbein, Evan) (Entered: 10/21/2025) |

| | | |
|---|---|---|
| 10/23/2025 | 91 (3 pgs) | Response *to Plaintiff's Emergency Motion for Status Conference* (related document(s):88 Emergency Motion (Adversary)). Filed by Omaha Public Power District (Scannell, Thomas) (Entered: 10/23/2025) |
| 10/27/2025 | 92 | Courtroom Minutes. Time Hearing Held: 4:30 PM. Appearances: Thomas C Scannell, Jr for Omaha Public Power District. Charles Koster for Zachry Holdings, Inc. Status conference held. The Court terminated the mediation for reasons stated on the record; parties are free to engage or not engage with a mediator, as well talk directly. The Court will issue a ruling on the Motion to Transfer Venue. (Related document(s):88 Emergency Motion (Adversary)) (acj4) (Entered: 10/27/2025) |
| 10/27/2025 | 93 (1 pg) | PDF with attached Audio File. Court Date & Time [ 10/27/2025 4:30:46 PM ]. File Size [ 7356 KB ]. Run Time [ 00:15:20 ]. (admin). (Entered: 10/27/2025) |
| 10/27/2025 | 94 (1 pg) | AO 435 TRANSCRIPT ORDER FORM (Expedited (7 days)) by Charles R. Koster. This is to order a transcript of the October 27, 2025 Status Conference before Judge Marvin P. Isgur. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By Zachry Holdings, Inc. ). (Koster, Charles) Electronically forwarded to Veritext Legal Solutions on 10/28/2025. Estimated completion date: 11/04/2025. Modified on 10/28/2025 (smg4). (Entered: 10/27/2025) |
| 10/31/2025 | 95 (10 pgs) | **Memorandum Opinion,** Signed on 10/31/2025 (Related document(s):1 Complaint) (acj4) (Entered: 10/31/2025) |
| 10/31/2025 | 96 (1 pg) | Order Transferring Venue, Signed on 10/31/2025 (Related document(s):95 Opinion) (acj4) (Entered: 10/31/2025) |
| 11/02/2025 | 97 (12 pgs) | BNC Certificate of Mailing. (Related document(s):95 Opinion) No. of Notices: 1. Notice Date 11/02/2025. (Admin.) (Entered: 11/02/2025) |
| 11/02/2025 | 98 (3 pgs) | BNC Certificate of Mailing. (Related document(s):96 Generic Order) No. of Notices: 1. Notice Date 11/02/2025. (Admin.) (Entered: 11/02/2025) |