United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 31, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-90377 |
| ZACHRY HOLDINGS, INC., *et al.*, | § | |
| | § | CHAPTER 11 |
| Debtors. | § | |
| | § | |
| ZACHRY HOLDINGS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3025 |
| | § | |
| OMAHA PUBLIC POWER DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## ORDER TRANSFERRING VENUE

For the reasons explained in the Memorandum Opinion issued on this date, the Court orders:

1. All priority and administrative status disputes are retained by this Court as issues to be decided in Case 24-90377.

2. Subject to paragraph one, this adversary proceeding is transferred to the United States District Court for the District of Nebraska.

SIGNED 10/31/2025

_____
Marvin Isgur
United States Bankruptcy Judge