IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ZACHRY HOLDINGS, INC.,

Plaintiff,

vs.

OMAHA PUBLIC POWER DISTRICT,

Defendant.

8:25CV641

ORDER TO SHOW CAUSE

The records of the court show that on November 4, 2025, a letter was sent to Attorney Zachary Carl Zahn from the Office of the Clerk directing him to register for admission to practice in this court and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System"). (Filing No. 7). As of December 9, 2025, Attorney Zahn has not complied with the Clerk's letter.

Accordingly,

IT IS ORDERED:

On or before December 23, 2025, Attorney Zahn must comply with the Clerk's letter or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 9th day of December, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge